```
PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
EMMANUEL PEREA JIMENEZ
Certified Law Student
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00251-DB |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO RESET COLLATERAL AND RECALL BENCH WARRANT |
| v. | |
| DANIEL V. STASENKO | |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral and Recall Bench Warrant is GRANTED.  Defendant Daniel V. Stasenko shall be permitted to forfeit collateral in case number 2:20-po-00251-DB for a fine of $420.00 and a processing fee of $30.00, for a total of $450.00.  Further, the bench warrant previously issued on April 9, 2021 shall be recalled.

IT IS SO ORDERED.

Dated:  April 29, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE